UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DO CANTO, et al.,<br><br>　　　　Defendants. | 1:19-cv-00854-DAD-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT M. DO CANTO FOR RETALIATION UNDER THE FIRST AMENDMENT, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**OBJECTIONS, IF ANY, DUE IN 14 DAYS** |

　　　　Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 19, 2019.  (ECF No. 1.)

　　　　The Complaint names as defendants Correctional Officer M. Do Canto, Sergeant M. Mason, and Lieutenant C. Munoz, and brings medical claims, retaliation claims, supervisory liability claims, state law claims, and a claim for submitting a false disciplinary report.

　　　　The court screened the Complaint and found that it states a cognizable claim under the First Amendment against defendant M. Do Canto for retaliation, but no other claims upon which relief may be granted.  (ECF No. 11.)  On August 21, 2020, the court issued a screening order requiring Plaintiff to either (1) file a First Amended Complaint, or (2) notify the court that he is

willing to proceed only with the retaliation claim against defendant Do Canto found cognizable by the court.  (Id.)

On September 3, 2020, Plaintiff notified the court that he is willing to proceed only with the retaliation claim against defendant M. Do Canto found cognizable by the court.  (ECF No. 12.)

Based on the foregoing, it is **HEREBY RECOMMENDED** that:

1. This action proceed only on Plaintiff's claim against defendant Correctional Officer M. Do Canto for retaliation in violation of the First Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's medical claims, supervisory liability claims, state law claims, and claim for submitting a false disciplinary report be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
4. Defendants Sergeant M. Mason, and Lieutenant C. Munoz be dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted; and
5. This case be referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 8, 2020**                         **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE