HOWELL, KAREEM P-79828
CSP-SACRAMENTO
P.O. BOX 290066
REPRESA, CA 95671-0066

FILED
JAN 25 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,
    Plaintiff,

Vs.

BURNES, et al.,
    Defendants

CASE No.: 1:19-CV-00568-NONE JLT

NOTICE OF MOTION TO VOLUNTARY DISMISS The above ENTITLE CASE AND ALL OF The Following Named civil CASES in the EASTERN DISTRICT COURT

Plaintiff herein respectfully request That The court Dismiss this civil ACTION, And The Following Civil ACTIONS in the Above ENTITLED COURT.

Due To The COVID-19, AND The crisis level of civil cases filed in the courts Plaintiff herein has decided in Good-Faith TO Voluntary dismiss the Following Pending civil Actions: Howell Vs. R.Cross 2:19-CV-00544-AC, Howell Vs. A. CAMARGO 1:19-CV-00266-SKO, Howell Vs L.YBARRA 2:20-CV-00074-CKD, Howell Vs. I. MEDINA 1:19-CV-01613-DAD-SAB, HOWELL Vs. A. KONRAD 2:19-CV-02551-DB, Howell Vs. J. Gallagher 1:19-CV-0654-JLT, Howell Vs. MEDINA 1:20-CV-00114-SAB, Howell Vs. E. Johnson 2:20-CV-00095-DMC, Howell Vs. E. Johnson 2:20-CV-00096-KJN, Howell Vs. L.YBARRA 2:20-CV-00102-KJN, Howell Vs. N. Diaz 1:19-CV-01612-JLT,

1

1. HOWELL Vs. K. McKelvey 2:20-cv-00208-KJN, HOWELL Vs. Over,
2. 2:20-cv-00209-KJN, HOWELL Vs. A. RANDOlPh 1:19-cv-0735-JLT
3. HOWEll Vs. DD CANTO 1:19-cv-00854, HOWELL Vs. J. BANVELOS
4. 2:20-cv-00801-KJN, HOWEll Vs. E. BAKeR 2:20-cv-01210-KJN
5. HOWELL Vs. W. SAMpley 2:20-cv-~~0076~~ 00755, HOWEll Vs. D. ANDERSON
6. 2:19-cv-0612-DMC..

   Dismissal of these civil case Voluntary Will ease the court CONGESTION.

   Plaintiff herein Would like the Above civil actions To be Voluntary dismissed with prejudice.

   Respectfully submitted:
   DATED: JAN 20. 2021

   Ho—ll. K—m J.
   HOWELL, KAREEM J.
   Plaintiff acting in Pro-se.