UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>           Plaintiff,<br><br>     vs.<br><br>DO CANTO, et al.,<br><br>           Defendants. | 1:19-cv-00854-DAD-GSA-PC<br><br>ORDER FOR DEFENDANT PATTERSON, MOLINA, AND FINLEY TO RESPOND TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS, WITHIN TWENTY (20) DAYS<br>(Doc. 24) |

   Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 19, 2019. (ECF No. 1.) This case now proceeds against defendant M. Do Canto for retaliation in violation of the First Amendment.[1]

   On January 25, 2021, Plaintiff filed a notice of voluntary dismissal of this case. (ECF No. 24.) Federal Rule of Civil Procedure 41(a) "allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants." Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC, 548 F.3d 738, 748 (9th Cir. 2008). Where a defendant has served an answer or a motion for summary judgment but has not signed a stipulation to dismiss, a plaintiff's voluntary

---

[1] On October 14, 2020, the court dismissed all other claims and defendants, based on Plaintiff's failure to state a claim. (ECF No. 15.)

dismissal must be effected through Rule of Civil Procedure 41(a)(2). See Fed. R. Civ. P. 41(a); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1999). Rule 41(a)(2) provides in pertinent part: "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2); Hargis v. Foster, 312 F.3d 404, 412 (9th Cir. 2003). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001).

In this case, defendant Do Canto filed an answer on January 4, 2021. (ECF No. 20.) Therefore, defendant Do Canto shall be required to file a response to Plaintiff's notice of voluntary dismissal indicating whether he will suffer some plain legal prejudice as a result of the dismissal.

Accordingly, **IT IS HEREBY ORDERED** that within twenty (20) days of the date of service of this order, defendant Do Canto shall respond in writing to Plaintiff's notice of voluntary dismissal, indicating whether he will suffer some plain legal prejudice as a result of the dismissal.

IT IS SO ORDERED.

Dated:  **January 27, 2021**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE